UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-26-20
```

KIRK HAYE,

                Plaintiff,

     v.

METRO NORTH COMMUTER
RAILROAD COMPANY,

                Defendant.

No. 20-CV-2549 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 29, 2020, Plaintiff filed an affidavit of service stating that Defendant was served on April 2, 2020. Defendant's answer was due on April 23, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by June 9, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by June 23, 2020.

    Plaintiff shall serve a copy of this Order on Defendant by June 2, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    May 26, 2020
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge