```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRK HAYE,

                Plaintiff,

      v.

METRO NORTH COMMUTER RAIROAD COMPANY,

                Defendant.

No. 20-CV-2549 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court held a telephonic conference in this case on October 8, 2021. At that conference, the Court extended the deadline for the completion of all fact and expert discovery to January 6, 2022. No further extensions will be granted absent good cause.

    The parties shall appear at a conference on January 7, 2022 at 4:30 p.m. This conference will be held by telephone with the following dial-in information: Call-In Number: (888) 363-4749; Access Code: 1015508. The purpose of the conference will be to discuss the completion of discovery and settlement prospects.

SO ORDERED.

Dated:    October 12, 2021
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge